IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Musa Kargbo : Chapter 13
Debtor : Bankruptcy No: **26-13289**

ORDER

AND NOW, this ________day of ___________________, 20__, upon review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED fourteen (14) days additional time in which to file the missing documents. **Documents are due by August 31, 2026.**

By the Court:

**Date: August 17, 2026**

_______________________________
Honorable Derek J Baker
United States Bankruptcy Judge