Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/13/2026 |
| Period End Date | 07/26/2026 |
| Pay Date | 08/04/2026 |
| Document | 277917200 |
| **Net Pay** | **$1,350.32** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $804.48 |
| Holiday Worked | | | 0.000000 | $0.0000 | $0.00 | $696.37 |
| Overtime | 1 | Rehabilitation Counselor | 9.266667 | $25.1400 | $232.96 | |
| Overtime | 2 | Rehabilitation Counselor | 9.116667 | $25.1400 | $229.19 | $1,730.46 |
| Regular Pay | 1 | Rehabilitation Counselor | 40.000000 | $16.7600 | $670.40 | |
| Regular Pay | 2 | Rehabilitation Counselor | 40.000000 | $16.7600 | $670.41 | $21,344.14 |

Total Hours Worked 98.383334 Total Hours 98.383334

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $18.03 | $245.73 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $9.02 | $122.85 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $45.60 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $99.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $220.04 | $3,013.11 |
| Employee Medicare | $26.14 | $356.34 |
| Social Security Employee Tax | $111.79 | $1,523.68 |
| PA State Income Tax | $55.35 | $754.47 |
| RADNOR TWP | $18.03 | $245.73 |
| RADNOR TWP LST | $2.00 | $32.00 |
| PA Unemployment Employee | $1.26 | $17.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,350.32 |
| Total | | $1,350.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,802.96 | $1,784.93 | $434.61 | $18.03 | **$1,350.32** |
| YTD | $24,575.45 | $24,329.72 | $5,942.52 | $245.73 | $18,387.20 |

Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/15/2026 |
| Period End Date | 06/28/2026 |
| Pay Date | 07/07/2026 |
| Document | 275369244 |
| **Net Pay** | **$1,441.86** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | 1 | Rehabilitation Counselor | 8.000000 | $16.7600 | $134.08 | $670.40 |
| Holiday Worked | 1 | Rehabilitation Counselor | 8.450000 | $25.1400 | $212.43 | $285.33 |
| Overtime | 1 | Rehabilitation Counselor | 0.483333 | $25.1400 | $12.15 | |
| Overtime | 2 | Rehabilitation Counselor | 8.950000 | $25.1400 | $225.00 | $818.72 |
| Regular Pay | 2 | Rehabilitation Counselor | 80.000000 | $16.7600 | $1,340.80 | $18,764.77 |

Total Hours Worked **89.433333** Total Hours **105.883333**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $19.24 | $205.37 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $9.62 | $102.67 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $39.90 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $87.22 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $234.47 | $2,521.91 |
| Employee Medicare | $27.91 | $297.82 |
| Social Security Employee Tax | $119.31 | $1,273.43 |
| PA State Income Tax | $59.08 | $630.56 |
| RADNOR TWP | $19.24 | $205.37 |
| RADNOR TWP LST | $2.00 | $28.00 |
| PA Unemployment Employee | $1.35 | $14.37 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,441.86 |
| Total | | $1,441.86 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,924.46 | $1,905.22 | $463.36 | $19.24 | **$1,441.86** |
| YTD | $20,539.22 | $20,333.85 | $4,971.46 | $205.37 | $15,362.39 |

Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/29/2026 |
| Period End Date | 07/12/2026 |
| Pay Date | 07/21/2026 |
| Document | 277916670 |
| **Net Pay** | **$1,674.49** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | 1 | Rehabilitation Counselor | 8.000000 | $16.7600 | $134.08 | $804.48 |
| Holiday Worked | 1 | Rehabilitation Counselor | 16.350000 | $25.1400 | $411.04 | $696.37 |
| Overtime | 2 | Rehabilitation Counselor | 17.883334 | $25.1400 | $449.59 | $1,268.31 |
| Regular Pay | 2 | Rehabilitation Counselor | 73.900000 | $16.7600 | $1,238.56 | $20,003.33 |

**Total Hours Worked** 91.783334 **Total Hours** 116.133334

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $22.33 | $227.70 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $11.16 | $113.83 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $42.75 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $93.45 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $271.16 | $2,793.07 |
| Employee Medicare | $32.38 | $330.20 |
| Social Security Employee Tax | $138.46 | $1,411.89 |
| PA State Income Tax | $68.56 | $699.12 |
| RADNOR TWP | $22.33 | $227.70 |
| RADNOR TWP LST | $2.00 | $30.00 |
| PA Unemployment Employee | $1.56 | $15.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,674.49 |
| Total | | $1,674.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,233.27 | $2,210.94 | $536.45 | $22.33 | **$1,674.49** |
| YTD | $22,772.49 | $22,544.79 | $5,507.91 | $227.70 | $17,036.88 |

Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/04/2026 |
| Period End Date | 05/17/2026 |
| Pay Date | 05/26/2026 |
| Document | 263747347 |
| **Net Pay** | **$1,023.62** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $402.24 |
| Holiday Worked | | | 0.000000 | $0.0000 | $0.00 | $72.90 |
| Overtime | 1 | Rehabilitation Counselor | 0.766667 | $25.1400 | $19.27 | |
| Overtime | 2 | Rehabilitation Counselor | 0.366667 | $25.1400 | $9.22 | $517.46 |
| Regular Pay | 1 | Rehabilitation Counselor | 39.999999 | $16.7600 | $670.40 | |
| Regular Pay | 2 | Rehabilitation Counselor | 39.999999 | $16.7600 | $670.39 | $14,742.38 |

Total Hours Worked 81.133332 Total Hours 81.133332

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $13.69 | $157.33 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $6.84 | $78.65 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $31.35 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $68.53 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $168.52 | $1,933.63 |
| Employee Medicare | $19.86 | $228.16 |
| Social Security Employee Tax | $84.90 | $975.57 |
| PA State Income Tax | $42.04 | $483.07 |
| RADNOR | $13.69 | $157.33 |
| RADNOR TWP LST | $2.00 | $22.00 |
| PA Unemployment Employee | $0.96 | $11.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,023.62 |
| Total | | $1,023.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,369.28 | $1,355.59 | $331.97 | $13.69 | **$1,023.62** |
| YTD | $15,734.98 | $15,577.65 | $3,810.77 | $157.33 | $11,766.88 |

Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/01/2026 |
| Period End Date | 06/14/2026 |
| Pay Date | 06/23/2026 |
| Document | 270540714 |
| **Net Pay** | **$1,028.68** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $536.32 |
| Holiday Worked | | | 0.000000 | $0.0000 | $0.00 | $72.90 |
| Overtime | 1 | Rehabilitation Counselor | 0.816667 | $25.1400 | $20.53 | |
| Overtime | 2 | Rehabilitation Counselor | 0.583333 | $25.1400 | $14.66 | $581.57 |
| Regular Pay | 1 | Rehabilitation Counselor | 40.000001 | $16.7600 | $670.40 | |
| Regular Pay | 2 | Rehabilitation Counselor | 40.000000 | $16.7600 | $670.39 | $17,423.97 |

Total Hours Worked 81.400001 Total Hours 81.400001

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $13.76 | $186.13 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $6.88 | $93.05 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $37.05 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $80.99 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $169.31 | $2,287.44 |
| Employee Medicare | $19.95 | $269.91 |
| Social Security Employee Tax | $85.32 | $1,154.12 |
| PA State Income Tax | $42.24 | $571.48 |
| RANDNOR TWP | $13.76 | $186.13 |
| RADNOR TWP LST | $2.00 | $26.00 |
| PA Unemployment Employee | $0.96 | $13.02 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,028.68 |
| Total | | $1,028.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,375.98 | $1,362.22 | $333.54 | $13.76 | **$1,028.68** |
| YTD | $18,614.76 | $18,428.63 | $4,508.10 | $186.13 | $13,920.53 |

Horizon House

Horizon House Inc
5901 Market Street
Philadelphia, PA 19139

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/18/2026 |
| Period End Date | 05/31/2026 |
| Pay Date | 06/09/2026 |
| Document | 270540209 |
| **Net Pay** | **$1,124.97** |

## Pay Details

**MUSA KARGBO**
7137 GREENWOOD AVENUE
UPPER DARBY, PA 19082
USA

| | |
|---|---|
| Employee Number | 006244 |
| SSN | XXX-XX-XXXX |
| Job | Rehabilitation Counselor |
| Pay Rate | $16.7600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Horizon House Development |
| Location | 365 Malin Road |
| Division | DS - Developmental Svcs |
| County | DELCO - Delaware County |
| Department | HHDSS2 - DS Subur Group 2 |
| Cost Center | 3371 - 3371-CH 365 Malin Rd 0 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | 2 | Rehabilitation Counselor | 8.000000 | $16.7600 | $134.08 | $536.32 |
| Holiday Worked | | | 0.000000 | $0.0000 | $0.00 | $72.90 |
| Overtime | 1 | Rehabilitation Counselor | 0.916667 | $25.1400 | $23.05 | |
| Overtime | 2 | Rehabilitation Counselor | 0.233333 | $25.1400 | $5.87 | $546.38 |
| Regular Pay | 1 | Rehabilitation Counselor | 40.000000 | $16.7600 | $670.40 | |
| Regular Pay | 2 | Rehabilitation Counselor | 39.999999 | $16.7600 | $670.40 | $16,083.18 |

Total Hours Worked **81.149999** Total Hours **89.149999**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b Percentage | Yes | $15.04 | $172.37 | $0.00 | $0.00 |
| 403ER Match | Yes | $0.00 | $0.00 | $7.52 | $86.17 |
| Agency Life | No | $0.00 | $0.00 | $2.85 | $34.20 |
| LTD | Yes | $0.00 | $0.00 | $6.23 | $74.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $184.50 | $2,118.13 |
| Employee Medicare | $21.80 | $249.96 |
| Social Security Employee Tax | $93.23 | $1,068.80 |
| PA State Income Tax | $46.17 | $529.24 |
| RANDNOR TWP | $15.04 | $172.37 |
| RADNOR TWP LST | $2.00 | $24.00 |
| PA Unemployment Employee | $1.05 | $12.06 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CB | 0.0000 | 280.0000 |
| PLB | 0.0000 | 180.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0635 | Checking | $1,124.97 |
| Total | | $1,124.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,503.80 | $1,488.76 | $363.79 | $15.04 | **$1,124.97** |
| YTD | $17,238.78 | $17,066.41 | $4,174.56 | $172.37 | $12,891.85 |

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 05/11/2026 | 05/24/2026 | 06/05/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 206.50 | 4,855.50 | 1,298.84 | 422.50 | 3,134.16 |
| YTD | 2,349.00 | 56,667.00 | 14,913.69 | 4,973.20 | 36,780.11 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 05/11/2026 - 05/24/2026 | 80 | 18 | 1,440.00 | 960 | 17,280.00 |
| Holiday | | | 0 | | 48 | 864.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 05/11/2026 - 05/24/2026 | 126.5 | 18 | 3,415.50 | 1389 | 37,503.00 |
| Earnings | | | | 4,855.50 | | 56,667.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 290.76 | 3,400.20 |
| Medicare | 68.00 | 795.21 |
| Federal Withholding | 743.93 | 8,423.85 |
| State Tax - PA | 143.97 | 1,683.63 |
| SUI-Employee Paid - PA | 3.28 | 38.39 |
| City Tax - UWCHL | 46.90 | 548.41 |
| PA LST - UWCHL | 2.00 | 24.00 |
| Employee Taxes | 1,298.84 | 14,913.69 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 1,696.56 |
| Aetna Dent DMO | 8.92 | 98.12 |
| EE - 403(b) | 115.20 | 1,451.52 |
| Aetna HMO 40 | 157.00 | 1,727.00 |
| Deductions | 422.50 | 4,973.20 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life | 2.30 | 25.30 |
| ER - Long Term Disability | 1.98 | 21.78 |
| Employer 403(b) Base Wages Match | 57.60 | 725.76 |
| Employer Open Select 40 - Contribution | 450.00 | 4,950.00 |
| ER Paid AD&D | 0.15 | 1.65 |
| Employer Paid Benefits | 512.03 | 5,724.49 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,689.58 | 54,841.88 |
| Medicare - Taxable Wages | 4,689.58 | 54,841.88 |
| Federal Withholding - Taxable Wages | 4,574.38 | 53,390.36 |
| State Tax Taxable Wages - PA | 4,689.58 | 54,841.88 |
| City Tax Taxable Wages - UWCHL | 4,689.58 | 54,841.88 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Jury Duty | 0 | 0 | 0 |
| Long Term Medical (LTM) Account | 0 | 0 | 362 |
| Paid Time Off Plan | 8.92308 | 0 | 329.84616 |
| Unpaid Time Off Plan | 0 | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| NORTH PENN FEDERAL CREDIT UNION | NORTH PENN FEDERAL CREDIT UNION ******2151 | ******2151 | | 3,134.16 | USD |