KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 04/27/2026 | 05/10/2026 | 05/22/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 200.75 | 4,700.25 | 1,243.27 | 422.50 | 3,034.48 |
| YTD | 2,142.50 | 51,811.50 | 13,614.85 | 4,550.70 | 33,645.95 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 04/27/2026 - 05/10/2026 | 80 | 18 | 1,440.00 | 880 | 15,840.00 |
| Holiday | | | 0 | | 48 | 864.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 04/27/2026 - 05/10/2026 | 120.75 | 18 | 3,260.25 | 1262.5 | 34,087.50 |
| Earnings | | | | 4,700.25 | | 51,811.50 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 281.13 | 3,109.44 |
| Medicare | 65.75 | 727.21 |
| Federal Withholding | 706.67 | 7,679.92 |
| State Tax - PA | 139.20 | 1,539.66 |
| SUI-Employee Paid - PA | 3.18 | 35.11 |
| City Tax - UWCHL | 45.34 | 501.51 |
| PA LST - UWCHL | 2.00 | 22.00 |
| Employee Taxes | 1,243.27 | 13,614.85 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 1,555.18 |
| Aetna Dent DMO | 8.92 | 89.20 |
| EE - 403(b) | 115.20 | 1,336.32 |
| Aetna HMO 40 | 157.00 | 1,570.00 |
| Deductions | 422.50 | 4,550.70 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 05/11/2026 | 05/24/2026 | 06/05/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 206.50 | 4,855.50 | 1,298.84 | 422.50 | 3,134.16 |
| YTD | 2,349.00 | 56,667.00 | 14,913.69 | 4,973.20 | 36,780.11 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 05/11/2026 - 05/24/2026 | 80 | 18 | 1,440.00 | 960 | 17,280.00 |
| Holiday | | | 0 | | 48 | 864.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 05/11/2026 - 05/24/2026 | 126.5 | 18 | 3,415.50 | 1389 | 37,503.00 |
| Earnings | | | | 4,855.50 | | 56,667.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 290.76 | 3,400.20 |
| Medicare | 68.00 | 795.21 |
| Federal Withholding | 743.93 | 8,423.85 |
| State Tax - PA | 143.97 | 1,683.63 |
| SUI-Employee Paid - PA | 3.28 | 38.39 |
| City Tax - UWCHL | 46.90 | 548.41 |
| PA LST - UWCHL | 2.00 | 24.00 |
| Employee Taxes | 1,298.84 | 14,913.69 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 1,696.56 |
| Aetna Dent DMO | 8.92 | 98.12 |
| EE - 403(b) | 115.20 | 1,451.52 |
| Aetna HMO 40 | 157.00 | 1,727.00 |
| Deductions | 422.50 | 4,973.20 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 05/25/2026 | 06/07/2026 | 06/18/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 185.75 | 4,439.25 | 1,149.25 | 439.86 | 2,850.14 |
| YTD | 2,534.75 | 61,106.25 | 16,062.94 | 5,413.06 | 39,630.25 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 05/25/2026 - 06/07/2026 | 80 | 18 | 1,440.00 | 1040 | 18,720.00 |
| Holiday | 05/25/2026 - 06/07/2026 | 8 | 18 | 144.00 | 56 | 1,008.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 05/25/2026 - 06/07/2026 | 105.75 | 18 | 2,855.25 | 1494.75 | 40,358.25 |
| Earnings | | | | 4,439.25 | | 61,106.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 264.58 | 3,664.78 |
| Medicare | 61.88 | 857.09 |
| Federal Withholding | 644.12 | 9,067.97 |
| State Tax - PA | 131.01 | 1,814.64 |
| SUI-Employee Paid - PA | 2.99 | 41.38 |
| City Tax - UWCHL | 42.67 | 591.08 |
| PA LST - UWCHL | 2.00 | 26.00 |
| Employee Taxes | 1,149.25 | 16,062.94 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 1,837.94 |
| Aetna Dent DMO | 8.92 | 107.04 |
| EE - 403(b) | 126.72 | 1,578.24 |
| Aetna HMO 40 | 162.84 | 1,889.84 |
| Deductions | 439.86 | 5,413.06 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 06/08/2026 | 06/21/2026 | 07/02/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 185.25 | 4,425.75 | 1,144.69 | 439.86 | 2,841.20 |
| YTD | 2,720.00 | 65,532.00 | 17,207.63 | 5,852.92 | 42,471.45 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 06/08/2026 - 06/21/2026 | 80 | 18 | 1,440.00 | 1120 | 20,160.00 |
| Holiday | 06/08/2026 - 06/21/2026 | 8 | 18 | 144.00 | 64 | 1,152.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 06/08/2026 - 06/21/2026 | 105.25 | 18 | 2,841.75 | 1600 | 43,200.00 |
| Earnings | | | | 4,425.75 | | 65,532.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 263.75 | 3,928.53 |
| Medicare | 61.68 | 918.77 |
| Federal Withholding | 641.15 | 9,709.12 |
| State Tax - PA | 130.60 | 1,945.24 |
| SUI-Employee Paid - PA | 2.97 | 44.35 |
| City Tax - UWCHL | 42.54 | 633.62 |
| PA LST - UWCHL | 2.00 | 28.00 |
| Employee Taxes | 1,144.69 | 17,207.63 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 1,979.32 |
| Aetna Dent DMO | 8.92 | 115.96 |
| EE - 403(b) | 126.72 | 1,704.96 |
| Aetna HMO 40 | 162.84 | 2,052.68 |
| Deductions | 439.86 | 5,852.92 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 06/22/2026 | 07/05/2026 | 07/17/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 173.00 | 4,095.00 | 1,032.94 | 439.86 | 2,622.20 |
| YTD | 2,893.00 | 70,627.00 | 18,434.32 | 6,292.78 | 45,899.90 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 06/22/2026 - 07/05/2026 | 80 | 18 | 1,440.00 | 1200 | 21,600.00 |
| Holiday | 06/22/2026 - 07/05/2026 | 8 | 18 | 144.00 | 72 | 1,296.00 |
| ONE - One Time Pa | | | 0 | | 0 | 1,000.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 06/22/2026 - 07/05/2026 | 93 | 18 | 2,511.00 | 1693 | 45,711.00 |
| Earnings | | | | 4,095.00 | | 70,627.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 243.24 | 4,233.77 |
| Medicare | 56.89 | 990.16 |
| Federal Withholding | 568.39 | 10,353.36 |
| State Tax - PA | 120.44 | 2,096.38 |
| SUI-Employee Paid - PA | 2.75 | 47.80 |
| City Tax - UWCHL | 39.23 | 682.85 |
| PA LST - UWCHL | 2.00 | 30.00 |
| Employee Taxes | 1,032.94 | 18,434.32 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 2,120.70 |
| Aetna Dent DMO | 8.92 | 124.88 |
| EE - 403(b) | 126.72 | 1,831.68 |
| Aetna HMO 40 | 162.84 | 2,215.52 |
| Deductions | 439.86 | 6,292.78 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|

KenCrest Services 960A Harvest Drive Suite 100 Bluebell, PA 19422
Musa Kargbo 24 East Providence Rd Yeadon, PA 19050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Musa Kargbo | KenCrest Services | 30407 | 07/06/2026 | 07/19/2026 | 07/31/2026 | |

| | Hours Worked | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 187.75 | 4,349.25 | 1,179.41 | 256.58 | 2,913.26 |
| YTD | 3,080.75 | 74,976.25 | 19,613.73 | 6,549.36 | 48,813.16 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| COP - Cash Out of | | | 0 | | 40 | 720.00 |
| Hourly Rate | 07/06/2026 - 07/19/2026 | 80 | 18 | 1,440.00 | 1280 | 23,040.00 |
| Holiday | | | 0 | | 72 | 1,296.00 |
| ONE - One Time Pa | | | 0 | | 0 | 1,000.00 |
| HOL Incentive | | | 0 | | 2 | 300.00 |
| OT - Overtime | 07/06/2026 - 07/19/2026 | 107.75 | 18 | 2,909.25 | 1800.75 | 48,620.25 |
| Earnings | | | | 4,349.25 | | 74,976.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 269.65 | 4,503.42 |
| Medicare | 63.06 | 1,053.22 |
| Federal Withholding | 664.64 | 11,018.00 |
| State Tax - PA | 133.52 | 2,229.90 |
| SUI-Employee Paid - PA | 3.05 | 50.85 |
| City Tax - UWCHL | 43.49 | 726.34 |
| PA LST - UWCHL | 2.00 | 32.00 |
| Employee Taxes | 1,179.41 | 19,613.73 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Loan (403b loan 6) | 141.38 | 2,262.08 |
| Aetna Dent DMO | | 124.88 |
| EE - 403(b) | 115.20 | 1,946.88 |
| Aetna HMO 40 | | 2,215.52 |
| Deductions | 256.58 | 6,549.36 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|