***Form 242*** (3/23)−doc 28 − 27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Musa Kargbo<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−13289−djb<br><br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [27] Pre−Confirmation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before October 30, 2026, otherwise, the matter will be referred to the Court.

Date: October 16, 2026

For The Court

Mohung Wong
Clerk of Court